IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 95-31044
Conference Calendar
_____


WILLIE TRIPLETT, JR.,

                                        Plaintiff-Appellant,

versus

DARRELL WHITE; EAST BATON ROUGE
PARISH PRISON; EAST BATON ROUGE
CITY, POLICE DEPARTMENT,

                                        Defendants-Appellees,

and

JOE SABELLA,

                                        Defendant.

--------------------

Appeal from the United States District Court
for the Middle District of Louisiana
USDC No. 92-CV-19

--------------------

April 16, 1996
Before DUHÉ, DeMOSS, and DENNIS, Circuit Judges.

PER CURIAM:[*]

This court must examine the basis of its jurisdiction on its own motion if necessary. <u>Mosley v. Cozby</u>, 813 F.2d 659, 660 (5th Cir. 1987). In this civil rights action, Willie Triplett filed a

_____

   [*] Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

notice of appeal from an order of the district court entered on August 22, 1995, granting in part the defendants' motion for summary judgment.

The district court's order granting partial summary judgment disposed of fewer than all the parties and claims; thus, it is not a final order.  We discern no basis for appellate jurisdiction.

Triplett's motion for the appointment of counsel to represent him at an evidentiary hearing scheduled before the magistrate judge is DENIED.  Triplett should direct this motion to the district court.

APPEAL DISMISSED.